IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00958-PAB-CBS

QUINN MCKENZIE JEBE,
    Applicant,
v.

TRAVIS TRANI, Warden, Limon Correctional Facility,
    Respondent.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Jebe's "Motion for Speedy Disposition of Petition for a Writ of Habeas Corpus" (filed July 6, 2009) (doc. # 14). Pursuant to the Order of Reference dated June 12, 2009 (doc. # 10) and the memorandum dated July 7, 2009 (doc. # 15), this matter was referred to the Magistrate Judge. The court has reviewed the motion and the entire case file and is sufficiently advised in the premises.

    The court is aware of Mr. Jebe's pending Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") (doc. # 5). The court will issue a Recommendation on the Petition in due course, as promptly as possible in light of the numerous other cases currently before the court.

    IT IS THEREFORE ORDERED that Mr. Jebe's "Motion for Speedy Disposition of Petition for a Writ of Habeas Corpus" (filed July 6, 2009) (doc. # 14) has been noted and granted to the extent explained in this Order.

DATED at Denver, Colorado, this 7th day of July, 2009.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge